

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-15-00132-CV

Armando **HERNANDEZ**, Nancy Hernandez,
Appellants

v.

Mario **SALDIVAR**, et al.,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-17077
Honorable Barbara Hanson Nellermoe, Judge Presiding

PER CURIAM

Sitting:     Sandee Bryan Marion, Chief Justice
            Karen Angelini, Justice
            Jason Pulliam, Justice

Delivered and Filed:  June 24, 2015

DISMISSED

Appellant filed a motion to dismiss this appeal.  The motion contains a certificate of conference and certificate of service stating appellee does not oppose the motion.  Therefore, we grant the motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(1).  Costs of the appeal are taxed against the party who incurred them.

PER CURIAM